**Eric BJORGUM, Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense, Appellee.**

No. 00–1293.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 10, 2001.

Before MAYER, Chief Judge, RADER and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**William T. GALLUCCI, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 01–3004.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 10, 2001.

Before MAYER, Chief Judge, RADER and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.